In the Matter of the Probate of the Will of RICHARD M. SCHELL, Deceased. ALICE S. PORCHER, Appellant; BANK OF NEW YORK AND FIFTH AVENUE BANK, Individually and as Executor of and Trustee under the Will of RICHARD M. SCHELL, Deceased, et al., Respondents.

Submitted February 26, 1951; decided March 9, 1951.

*Thomas B. Fenlon, Stanley Gray Horan* and *Conrad Saxe Keyes* for motion.

*Glenn L. Buck* opposed.

Motions granted and appeal dismissed, with costs and $10 costs of motion, but without prejudice to an application to the Appellate Division for resettlement of the order granting leave to appeal in accordance with section 589 of the Civil Practice Act. [See 302 N. Y. 771.]